Richard M. Golomb
NJ Bar No. 013181984
Kevin Fay
NJ Bar No. 005692010
GOLOMB LEGAL, P.C.
130 N. 18th St., Ste. 1600
Philadelphia, PA 19103
Telephone: (215) 985-9177
rgolomb@golomblegal.com
kfay@golomblegal.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JONI S. BYNUM, DONNALETTA F. RUIZ, SHELLY WILLIAMS, ROBIN COBURN, AND JAMES COBURN, INDIVIDUALLY AND ON BEHALF OF A PROPOSED CLASS<br><br>Plaintiffs,<br><br>v.<br><br>LLT MANAGEMENT LLC F/K/A LTL MANAGEMENT LLC; JOHNSON & JOHNSON; NEW JJCI; JOHNSON & JOHNSON HOLDCO (NA) INC.; JANSSEN PHARMACEUTICALS, INC.; KENVUE INC.; J&J SERVICES, INC.; AND JOHN DOES 1-100,<br><br>Defendants. | Case No. 3:24-cv-07065 (MAS) (RLS) |

**STIPULATION**

WHEREAS, on May 16, 2025, the Parties submitted a joint proposed schedule [ECF 33] regarding responses to the Amended Complaint;

WHEREAS, the joint proposed schedule projected that Plaintiffs' opposition to Defendants' Motion to Dismiss would be due by August 14, 2025 and Defendants' reply would be due by September 4, 2025;

WHEREAS, on May 19, 2025, the Court granted the joint proposed schedule [ECF 35];

NOW, THEREFORE, with the consent of all parties, Plaintiffs request entry of an Order extending by one (1) week the deadlines in the joint proposed schedule such that Plaintiffs' opposition to Defendants' Motion to Dismiss would be due by **August 21, 2025** and Defendants' reply would be due by **September 11, 2025**;

IT IS SO STIPULATED.

Dated:  August 6, 2025            GOLOMB LEGAL, P.C.

*/s/ Kevin W. Fay*
Richard M. Golomb
N.J. Bar No. 013181984
Kevin Fay
NJ Bar No 005692010
GOLOMB LEGAL, P.C.
130 N. 18th St., Ste. 1600
Philadelphia, PA 19103
Telephone: (215) 985-9177
rgolomb@golomblegal.com
kfay@golomblegal.com

*Attorney for Plaintiffs*

Dated:  August 6, 2025            BARNES & THORNBURG LLP

*/s/ Jessica L. Brennan*
Jessica L. Brennan

2

BARNES & THORNBURG LLP
67 E. Park Place, Ste. 100
Morristown, NJ 07960
Telephone: (973) 775-6101
jessica.brennan@btlaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    In accordance with Civil Local Rule 14(b), I filed this document by the Court's ECF system, which will electronically serve the papers on counsel for all parties.

Date: August 6, 2025

                                           */s/ Kevin W. Fay*
                                           Kevin W. Fay
                                           Richard M. Golomb

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
HON. MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE